■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROOSE-VELT C. BENTLEY, Appellant, v CHARLES J. SCULLY et al., Respondents.—In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Dutchess County (Beisner, J.), entered December 12, 1989, which denied the application for a writ.

Ordered that the judgment is affirmed, without costs or disbursements.

The arguments made by the appellant in support of his application for a writ of habeas corpus were, or could have been, advanced either on his direct appeal from the underlying judgment of conviction, or in a prior habeas corpus proceeding. The Supreme Court was, therefore, correct in denying the application on those grounds *(see,* CPLR 7003 [b]; *People ex rel. Goss v Smith,* 69 NY2d 727, 729, *affg* 116 AD2d 968; *People ex rel. Patterson v Senkowski,* 175 AD2d 957; *People ex*

*rel. Bresette v Superintendent,* 175 AD2d 961; *People ex rel. Douglas v Vincent,* 67 AD2d 587, *affd* 50 NY2d 901; *cf., People ex rel. Keitt v McMann,* 18 NY2d 257, 262). Mangano, P. J., Bracken, Kunzeman and Miller, JJ., concur.